■ In the Matter of JESSICA O., an Infant. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JESSIE O., Appellant. (Appeal No. 1.) [710 NYS2d 288] —Appeal unanimously dismissed without costs (*see, Matter of Monica Irene C.*, 262 AD2d 69; *Matter of John Curtis H.* [appeal No. 2], 249 AD2d 928; *Matter of Stacy P.*, 210 AD2d 1009; CPLR 5511). (Appeal from Order of Monroe County Family Court, Donofrio, J., for Bonadio, J., pursuant to CPLR 9002—Terminate Parental Rights.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.

■ In the Matter of JOHN RATIGAN, Appellant, v DAEMEN COLLEGE et al., Respondents. [710 NYS2d 267] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted respondents' motion to dismiss the petition challenging the determination dismissing petitioner from the physician assistant program at respondent Daemen College. "[I]n the absence of demonstrated bad faith, arbitrariness, capriciousness, irrationality or a constitutional or statutory violation, a student's challenge to a particular grade or other academic determination relating to a genuine substantive evaluation of the student's academic capabilities, is beyond the scope of judicial review" (*Matter of Susan M. v New York Law School*, 76 NY2d 241, 247). Petitioner failed to demonstrate the presence of any of those elements. Rather, the allegations in the petition "go to the heart of [respondents'] substantive evaluation of the petitioner's academic performance and as such, are beyond judicial review" (*Matter of Susan M. v New York Law School, supra*, at 247). (Appeal from Judgment of Supreme Court, Erie County, Sconiers, J.—CPLR art 78.) Present—Green, J. P., Wisner, Kehoe and Lawton, JJ.